**Fill in this information to identify the case:**

Debtor name: __Remarkable Healthcare of Fort Worth, LP__

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number (If known): __23-42100__

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Blue Cross Blue Shield of Texas<br>PO Box 731428<br>Dallas, TX  75373-1428 | | | | | | 15,185.82 |
| 2 | Complex Rehab Technology<br>13004 Murphy Road, Suite 200<br>Stafford, TX  77477 | | | | | | 13,505.36 |
| 3 | Direct Energy Business<br>PO Box 660749<br>Dallas, TX  75266 | | | | | | 23,147.71 |
| 4 | Engie Resources<br>PO Box 841680<br>Dallas, TX  75266 | | | | | | 49,778.79 |
| 5 | Fort Worth Internal Medicine<br>650 St. Louis Avenue<br>Fort Worth, TX  76104 | | | | | | 36,000.00 |
| 6 | Griffin Properties<br>PO Box 2207<br>Fort Smith, AR  72902 | | | | | | 242,967.21 |
| 7 | HHSC AR MC1470<br>PO Box 149055<br>Austin, TX  78714 | | | | | | 15,200.00 |
| 8 | IPFS Corporation<br>PO Box 100391<br>Pasadena, TX  91189-0391 | | | | | | 19,088.71 |

Debtor **Remarkable Healthcare of Fort Worth, LP**  Case number (*if known*) **23-42100**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | JJJNEMT LLC<br>1741 Cross Creek Lane<br>Cleburne, TX 76033 | | | | | | 14,934.28 |
| 10 | Kevin Greer<br>2835 FM 559<br>Texarkana, TX 75503 | | | | | | 18,819.25 |
| 11 | KRS Properties<br>5701 Euper Lane, Suite A<br>Fort Smith, AR 72902 | | | | | | 352,576.35 |
| 12 | MedixCar LLC<br>7309 Big Bend Court<br>Fort Worth, TX 76137 | | | | | | 56,442.00 |
| 13 | Medline Industries, Inc.<br>Dept 1080<br>PO Box 121080<br>Dallas, TX 75312 | | | | | | 53,588.81 |
| 14 | New Source Medical<br>9931 Shelbyville Road<br>Louisville, KY 40223 | | | | | | 205,405.51 |
| 15 | North Texas Fire Systems, LLC<br>PO Box 880<br>Sanger, TX 76266 | | | | | | 13,262.61 |
| 16 | Pharmacy Unlimited<br>PO Box 592602<br>San Antonio, TX 78259 | | | | | | 298,863.73 |
| 17 | PointClick Technololgies Inc.<br>PO Box 674802<br>Detroit, MI 48267 | | | | | | 21,465.28 |
| 18 | Quatro Tax LLC<br>3909 Hulen Street, Suite 100<br>Fort Worth, TX 76107 | | | | | | 21,563.72 |
| 19 | Quintairos Prieto Wood and Boyer PA<br>9300 S. Dadeland Blvd.<br>Miami, FL 33156 | | | | | | 18,156.43 |
| 20 | Trans-Care Medical Transport<br>PO Box 14274<br>Fort Worth, TX 76117 | | | | | | 17,534.00 |