**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: | |
| | *Jointly Administered Under Case:* |
| REMARKABLE HEALTHCARE OF CARROLLTON LP, EIN: 5960 | Case No. 23-42098 Chapter 11 |
| REMARKABLE HEALTHCARE OF DALLAS, LP, EIN: 3418 | Case No. 23-42099 Chapter 11 |
| REMARKABLE HEALTHCARE OF FORT WORTH, LP, EIN: 1692 | Case No. 23-42100 Chapter 11 |
| REMARKABLE HEALTHCARE OF SEGUIN, LP, EIN: 4566 | Case No. 23-42101 Chapter 11 |
| REMARKABLE HEALTHCARE, LLC, EIN: 5142 | Case No. 23-42102 Chapter 11 |
| DEBTORS | |

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Mark A. Weisbart, having been appointed Subchapter V Trustee of the estates of Remarkable Healthcare of Carrollton, LP and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), report I collected funds totaling: $0.00. The cases were dismissed with no plan confirmed and no plan payments made to the Trustee. Pursuant to the Court's Order Dismissing Bankruptcy Cases With Prejudice [Dkt #28], Debtors were ordered to pay the outstanding fees and expenses due Trustee, which Trustee has received totaling $9,075.56. I hereby certify that the estates of the above-named Debtors have been fully administered through the date of dismissal. I request that I be discharged from any further duties as Trustee.

UST Form 101-11(V)-NDR A

Respectfully Submitted,

/s/ Mark A Weisbart
Mark A Weisbart
Texas Bar No. 21102650
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203
(972) 755-7103 Phone/Fax
MWeisbart@haywardfirm.com

SUBCHAPTER V TRUSTEE

UST Form 101-11(V)-NDR A